# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised:  October 10, 2013**

Official Caption[1]

2013-5122, 2014-5002

OTAY MESA PROPERTY, L.P., RANCHO VISTA DEL MAR,
OTAY INTERNATIONAL, LLC, OMC PROPERTY, LLC, D & D LANDHOLDINGS, LP,
and INTERNATIONAL INDUSTRIAL PARK, INC.,
(also known as Rancho De La Fuente),

Plaintiffs-Appellants,

and

KYDDLP & RDLFGFT NO. 1, LLC.,

Plaintiff,

v.

UNITED STATES,

Defendant-Cross Appellant.

Appeals from the United States Court of Federal Claims in consolidated nos.
06-CV-0167, 06-CV-0876, 06-CV-0877, 06-CV-1670, and 06-CV1671,
Judge Thomas C. Wheeler.

Authorized Abbreviated Caption[2]

OTAY MESA PROPERTY, L.P. v US, 2013-5122, 14-5002

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.